19761. SCOTT *v.* THE STATE.

DECIDED JULY 9, 1929.

*W. B. Short, George P. Munro,* for plaintiff in error.

*A. J. Perryman, solicitor-general,* contra.

BLOODWORTH, J. "There was some slight evidence authorizing the verdict; and, the verdict having been approved by the trial judge, under the repeated and uniform rulings of this court and of the Supreme Court a reviewing court is powerless to interfere. When the verdict is apparently decidedly against the weight of the evidence, the trial judge has a wide discretion as to granting or refusing a new trial; but when there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Toole* v. *Jones,* 19 *Ga. App.* 24 (90 S. E. 732). See *Smith* v. *Barr,* 32 *Ga. App.* 53 (8) (122 S. E. 626) ; *Johnson* v. *State,* 33 *Ga. App.* 148 (125 S. E. 734).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*